# United States Court of Federal Claims

No. 18-1604
Filed: February 25, 2019

|  |  |
|---|---|
| CHAD HARGREAVES, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On October 10, 2018, plaintiff, Chad Hargreaves, proceeding *pro se*, filed his Complaint with this Court. *See generally* Complaint (hereinafter "Compl."). On November 6, 2018, plaintiff filed a Motion for Leave to Proceed *in forma pauperis*. *See generally* Plaintiff's Motion for Leave to Proceed *in forma pauperis* (hereinafter "P's Mot."). On November 21, 2018, the Court denied plaintiff's Motion to Proceed *in forma pauperis*. As described in the Court's Order issued on November 21, 2018, plaintiff was allowed an additional thirty days to pay the filing fee. On January 18, 2019, plaintiff filed a Motion for Reconsideration on the Court's Order denying plaintiff's request to proceed *in forma pauperis*. In that Order, the Court denied plaintiff's Motion for Reconsideration and allowed plaintiff an additional thirty days, until February 18, 2019, to pay the filing fee. The Court has not received plaintiff's filing fee. As such, the Court has no choice but to **DISMISS** plaintiff's case without prejudice for failure to prosecute, pursuant to Rule 41(b) of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

Loren A. Smith, Senior Judge